# MEMORANDUM DECISIONS.

Samuel S. Lowe, Appellant, v. Amelia E. DeLaney, Appellee.

(Supreme Court of Florida, *En Banc,* June 19, 1907.)

Appeal from Circuit Court, Monroe county; Joseph B. Wall, Judge.

H. H. Taylor and E. M. Semple, for appellant.

W. Hunt Harris, for appellee.

The bill in this case was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. Dismissed on motion of counsel for appellee.